# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-3093 FMO (AGRx) | Date | May 20, 2025 |
|---|---|---|---|
| Title | Alan Friedman v. Wyeth, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order Dismissing Action

In light of defendants' Notice of Order Enjoining Action (Dkt. 14, "Notice"), by which defendants attach an order from the Eastern District of Pennsylvania, which presided over MDL No. 1203, enjoining plaintiff from pursing this action in this court, (see id.); (Dkt. 14-1, Exh. A), IT IS ORDERED THAT this action is **dismissed without prejudice**.  Judgment shall be entered accordingly.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |